IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:15-cv-81213-DMM

MELANIE E. DAMIAN, as Receiver of Hunter
Wise Commodities, LLC, Hunter Wise
Services, LLC, Hunter Wise Credit, LLC,
and Hunter Wise Trading, LLC,

       Plaintiff,

v.

AU RESOURCE, LLC and DAVID
SCHNEIDER,

       Defendants.
_____/

## DEFAULT FINAL JUDGMENT

In light of the Court's Order on Default Judgment, it is

**ORDERED and ADJUDGED** that

1. Final Judgment is entered in favor of Plaintiff, Melanie E. Damian, as Receiver of Hunter Wise Commodities, LLC, Hunter Wise Services, LLC, Hunter Wise Credit, LLC, and Hunter Wise Trading, LLC, and against Defendants AU Resource, LLC and David Schneider, in the sum of $105,924.25 plus costs in the amount of $615.00, which judgment amount shall bear interest at the statutory rate to run from the date of this Default Final Judgment until full payment of the judgment amount is made, for which sum let execution issue forthwith.

2. Defendants AU Resource, LLC and David Schneider shall complete and serve upon Plaintiff, Melanie E. Damian, Form 1.977, including all required attachments, within 45 days of the entry of this Default Final Judgment, and the Court shall retain jurisdiction to compel the Defendant to complete Form 1.977 and serve it on Plaintiff.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this ___ day of April, 2016.

                                                     DONALD M. MIDDLEBROOKS
                                                     UNITED STATES DISTRICT JUDGE

Copies to:       Counsel of Record